**Order filed May 9, 2013**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-11-00519-CV
_____

**STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS AND STATE FARM LLOYDS, Appellants**

**V.**

**ROYA BADAVI, Appellee**

___

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-28043**

___

## ORDER

On May 1, 2013, the parties notified this court that the parties had reached an agreement to settle the issues on appeal, and requested that the appeal be abated for completion of the settlement. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until June 10, 2013. The appeal will be reinstated on this court's

active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM